# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Lorenzo Lawon Avery, ) | Civil Action No. 0:20-cv-00756-JMC |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| Federal Bureau of Prisons; Anita V. Cano; ) Joseph Bo Welch; Juliette Moore, ) | |
| Defendants. ) | |

Plaintiff Lorenzo Lawon Avery, proceeding *pro se*, filed this action seeking relief under 42 U.S.C. § 1983. (ECF No. 1.) By order issued February 24, 2020, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process. (ECF No. 6.) The "Proper Form Order" warned Plaintiff that a failure to provide the necessary documents within twenty-one (21) days would subject his case to dismissal. (*Id.*) The court extended the deadline to April 6, 2020, but Plaintiff has not filed any documents and his time to respond has lapsed. Consequently, because Plaintiff has failed to prosecute his case and has failed to comply with an order of this court, this action is **DISMISSED** without prejudice under Fed. R. Civ. P. 41.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

April 23, 2020
Columbia, South Carolina