AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Lorenzo Lawon Avery,
*Plaintiff*
v.
Federal Bureau of Prisons; Joseph Bo Welch; Anita V. Cano; Juliette Moore,
*Defendants*

)  Civil Action No.     0:20-cv-00756-JMC-PJG
)
)
)
)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Lorenzo Lawon Avery, shall take nothing of the defendants, Federal Bureau of Prisons, Joseph Bo Welch, Anita V. Cano and Juliette Moore, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Michelle J. Childs, United States District Judge, presiding, dismissing the complaint for failure to prosecute.

Date:  April 24, 2020                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                       s/L. Baker

                                                                         *Signature of Clerk or Deputy Clerk*